IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KANSAS JUDICIAL
WATCH, *et al.,*

        Plaintiffs,

v.                                      Case No. 06-4056-JAR

MIKEL L. STOUT, *et al.,*

        Defendants.

_____

## **ORDER**

This matter comes before the court upon Susan Lee's Motion to Withdraw (Doc. 68) and Josiah S. Neeley's Motion for Leave to Appear Pro Hac Vice (Doc. 89). Upon reviewing these motions, the court finds sufficient good cause exists that the motions be granted. Accordingly,

**IT IS THEREFORE ORDERED** that Susan Lee's Motion to Withdraw (Doc. 68) is hereby granted.

**IT IS FURTHER ORDERED** that Josiah S. Neeley's Motion for Leave to Appear Pro Hac Vice (Doc. 89) is hereby granted.

**IT IS SO ORDERED.**

Dated this 2d day of October, 2006, at Topeka, Kansas.

                                                                      s/ K. Gary Sebelius
                                                                      K. Gary Sebelius
                                                                      U.S. Magistrate Judge